NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE ROMERO,              )
                                  )
        Appellant,     )
                                    )
v.                          )   Case No.  2D18-2164
                                    )
CALATLANTIC GROUP, INC. and  )
ALEMAN CONSTRUCTION SERVICES,  )
INC.,                      )
                                    )
        Appellees.    )
_____)

Opinion filed June 5, 2019.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Russell S. Prince of Palma & Prince, P.A.,
Tampa, for Appellant.

Jordan L. Behlman and Gregory D. Jones
of Rywant Alvarez Jones Russo & Guyton,
P.A., Tampa, for Appellee CalAtlantic
Group, Inc.

Warren Chin and Patricia D. Crauwels of
Matthews Eastmore, Sarasota, for
Appellee Aleman Construction Services,
Inc.


PER CURIAM.


      Affirmed.

VILLANTI, MORRIS, and BLACK, JJ., Concur.